RECEIVED

JAN 2 4 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| MONIQUE FONTENOT DOYLE | CIVIL ACTION NO. 06-1497 |
| VS. | JUDGE DOHERTY |
| QUIGLEY CORP. | MAGISTRATE JUDGE METHVIN |

## JURISDICTIONAL REVIEW RULING

Before the court is plaintiff's "Submission on Jurisdictional Amount," filed pursuant to this court's order of December 4, 2006.[1] Having reviewed plaintiff's memorandum and the exhibits thereto, I conclude that plaintiff has proven by a preponderance of the evidence that the amount in controversy exceeds $75,000 by setting forth the specific facts in controversy that support a finding of the jurisdictional amount. Simon v. Wal Mart Stores, 193 F.3d 848 (5th Cir. 1999); Luckett v. Delta Airlines, Inc., 171 F.3d 295 (5th Cir. 1999). Relevant jurisdictional facts which have been included in the memorandum discuss the nature and severity of plaintiff's injuries, which include primarily anosmia, the lack of sense of smell. Because plaintiff's condition is permanent, there is no known surgery or treatment that can cure her. Plaintiff's medical bills to date total approximately $5,000. Although the plaintiff's medical expenses are relatively low, in support of her removal of this case, plaintiff cites several cases wherein plaintiffs were awarded in excess of $75,000.00 for anosmia. Furthermore, plaintiff seeks attorney's fees under the Louisiana redhibition statute, which allows for recovery of attorney's fees.

---

[1] Rec. Doc. 19.

Considering the foregoing, the undersigned concludes that plaintiff's claim satisfies the jurisdictional amount in this case.

Signed at Lafayette, Louisiana on January 24, 2007.

_____
Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)